AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Nebraska

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 4:24MJ3149 |
| | ) | |
| LUIS ALEJANDRO BERDUGO BARRAZA and CARLOS PADRON | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ October 26, 2024 _____ in the county of _____ Lancaster _____ in the _____ District of _____ Nebraska _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(b) and 18 U.S.C. § 2 | Bank Theft |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Matt Saad*
_____
*Complainant's signature*

Matthew Saad, Special Agent, FBI
_____
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: __11/20/2024__

*Jdeluca*
_____
*Judge's signature*

City and state:          Lincoln, Nebraska

Jacqueline M. DeLuca, U.S. Magistrate Judge
_____
*Printed name and title*