IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>LUIS ALEJANDRO BERDUGO BARRAZA,<br><br>　　　　　　Defendants. | 4:24MJ3149<br><br>ORDER |

IT IS ORDERED:

1) The motion of Toni M. Leija-Wilson to withdraw as counsel of record for Defendant, (Filing No. 27), is granted.

2) Defendant's newly retained counsel, Keith W. Dornan, shall promptly notify Defendant of the entry of this order.

3) The clerk shall delete Toni M. Leija-Wilson from any future ECF notifications herein.

Dated this 5th day of December, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge